Michael G. Ackerman, Esq. (SBN 64997)
**LAW OFFICES OF MICHAEL G. ACKERMAN**
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800
Facsimile: (408) 261-5900

Attorneys for Plaintiff,
MECHANICAL MARKETING, INC.

**DENIED**
*Judge Edward J. Davila*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MECHANICAL MARKETING, INC., a California Corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>SIXXON PRECISION MACHINERY CO., Ltd., TAIWAN, and DOES 1 through 10, inclusive.<br><br>             Defendants. | Case No.: CV 11-01844 EJD<br><br>**Proposed ORDER CHANGING TIME (LOCAL RULE 6-3)**<br><br>**Judge:     Honorable Edward J. Davila**<br><br>*Action Filed:* November 9, 2010 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant's Motion to Dismiss pursuant to FRCP Rule 12(B)(5) and Plaintiff's Motion to Remand pursuant to 28 U.S.C. § 1447(c) shall be heard on June 22, 2011.

Dated: May 18, 2011

_____
HONORABLE  EDWARD J. DAVILA
Judge of United States District Court
Northern District of California

C:\MyDocs\Mech.Mktg\Stip4OST.Order.wpd

- 1 -

**Proposed ORDER CHANGING TIME (LOCAL RULE 6-3)**          **Case No.: CV 11-01844 EJD**