|   |   |
|---|---|
| 1 | **WANG, HARTMANN, GIBBS & CAULEY P.L.C.** |
|   | A Professional Law Corporation |
| 2 | John D. van Loben Sels  (SBN: 201354) |
|   | johnvanlobensels@WHGClaw.com |
| 3 | Kenneth A. Ohashi (SBN: 230440) |
|   | kennethohashi@WHGClaw.com |
| 4 | 2570 West El Camino Real, Suite 440 |
|   | Mountain View, CA 94040 |
| 5 | Phone: 650-209-1230 |
|   | Fax: 650-209-1231 |
| 6 |   |
|   | Specially-Appearing for Defendant, |
| 7 | Sixxon Precision Machinery, Co., Ltd. |
| 8 | Michael G. Ackerman (SBN 64997) |
|   | **LAW OFFICES OF MICHAEL G. ACKERMAN** |
| 9 | 2391 The Alameda, Suite 95050 |
|   | Phone: 408-261-5800 |
| 10 | Fax: 408-261-5900 |
| 11 |   |
|   | Attorney for Plaintiff, |
| 12 | Mechanical Marketing, Inc. |

**DENIED**
Judge Edward J. Davila

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHANICAL MARKETING, INC., a California Corporation,<br><br>                   Plaintiff,<br><br>  vs.<br><br><br>SIXXON PRECISION MACHINERY CO., LTD., TAIWAN, and DOES 1 through 10, inclusive,<br><br>                   Defendants. | Case No. 5:11-cv-01844-PSG<br><br><br>[~~PROPOSED~~] **ORDER DENYING STIPULATION TO EXTEND TIME FOR PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT** |

**THIS COURT**, having considered the Stipulation between counsel for Plaintiff MECHANICAL MARKETING, INC.            ("Plaintiff"), and counsel, who is specially- appearing for Defendant SIXXON            PRECISION MACHINERY CO., LTD.

1

**ORDER EXTENDING TIME FOR PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT**

1  ("Defendant"), HEREBY GRANTS the Parties stipulated request for extension of time to file
2  their joint Case Management Statement, and therefore ORDERS AS FOLLOWS:
3       The previous deadline for the parties to file their Joint Case Management Statement shall
4  remain as set for  Wednesday, June 15, 2011  and filed by the end of the Court's business day.
5
6  **IT IS SO ORDERED**.
7
   DATED:  June 15, 2011            _____
8                                    Judge of the United States District Court