Michael G. Ackerman, Esq. (SBN 64997)
LAW OFFICES OF MICHAEL G. ACKERMAN
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800
Facsimile: (408) 261-5900

Attorneys for Plaintiff,
MECHANICAL MARKETING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MECHANICAL MARKETING, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SIXXON PRECISION MACHINERY CO., Ltd., TAIWAN,<br><br>　　　　　　Defendants. | CASE NO.: CV 11-01844 EJD<br><br>**CASE MANAGEMENT CONFERENCE ORDER**<br><br>**Judge:  Honorable Edward J. Davila**<br><br>*Action Filed:*　　November 9, 2010 |

On June 22, 2011, the Honorable Edward J. Davila, Judge of the United States District Court, held the initial Case Management Conference in the above-entitled matter. Michael G. Ackerman appeared on behalf of Plaintiff, Mechanical Marketing, Inc.  John D. van Loben Sels specially appeared on behalf of Defendant, Sixxon Precision Machinery Co., Ltd., Taiwan.  Defendant has filed a Motion To Dismiss under Rule 12(b)(5) contending that service of process was not properly made.  Plaintiff has filed a Motion to Remand.  The hearing date on both motions is advanced to September 8, 2011 at 9:00 a.m. and scheduled

1

**CASE MANAGEMENT CONFERENCE ORDER**　　　　　　　　　　　　　　　　　　　　**Case No. CV 11-01844 EDJ**

1  for a twenty minute hearing.  The prior hearing dates of October 14, 2011 and October 28
2  are vacated.
3      Defendant shall have to and including July 29, 2011 within which to file any
4  opposition to the Motion to Remand and any reply to the Motion to Dismiss.  Plaintiff shall
5  have to and including August 12, 2011 to file any reply memorandum on the Motion to
6
7  Remand.
8      The parties have made their initial disclosures.  The Court, at this time, has not
9  scheduled any additional hearings until the Motion to Dismiss and Motion to Remand have
10 been decided.

IT IS SO ORDERED.

Dated: June 29, 2011

_____
HONORABLE  EDWARD J. DAVILA
Judge of United States District Court
Northern District of California

Approved as to form.

DATED: June 27, 2011        WANG, HARTMANN, GIBBS & CAULEY, P.C.

                       /S/ *John D. van Loben Sels*
By: _____
JOHN D. van LOBEN SELS, ESQ.
Attorney for Defendant,
SIXXON PRECISION MACHINERY, CO.