UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MECHANICAL MARKETING, INC.,<br><br>         Plaintiff,<br><br>   v.<br><br>SIXXON PRECISION MACHINERY CO., LTD., TAIWAN,<br><br>         Defendant.<br>_____ | Case No.: C 11-01844 EJD (PSG)<br><br>**ORDER RE MID-DEPOSITION DISPUTE** |

On March 29, 2012, the parties contacted the court regarding a dispute that had arisen during the deposition of certain individuals who had testified on behalf of Plaintiff Mechanical Marketing, Inc. ("MMI") in a Rule 30(b)(6) capacity and were testifying now in their individual capacities. Michael G. Ackerman appeared on behalf of MMI and John D. Van Loben Sels appeared on behalf of Defendant Sixxon Precision Machinery, Co., Ltd. ("Sixxon"). Based on the arguments presented,

IT IS HEREBY ORDERED that MMI's objections to the same, or similar, questions being posed to individuals testifying in both their Rule 30(b)(6) capacities and in their individual

Case No.: C 11-01844 EJD (PSG)
ORDER

1  capacities are overruled.

2  **IT IS SO ORDERED**.

3  Dated: 3/30/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 11-01844 EJD (PSG)
ORDER