IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MECHANICAL MARKETING, INC., | CASE NO. 5:11-cv-01844 EJD |
| Plaintiff(s), | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
| v. | |
| SIXXON PRECISION MACHINERY CO., LTD., | |
| Defendant(s). | |

Having reviewed the parties' Joint Interim Case Management Statement (see Docket Item No. 72), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the Interim Case Management Conference scheduled for May 4, 2012, is VACATED. The parties shall comply with the Case Management issued November 1, 2012. See Docket Item No. 48.

**IT IS SO ORDERED.**

Dated: May 2, 2012

EDWARD J. DAVILA
United States District Judge