UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MECHANICAL MARKETING, INC., <br> Plaintiff, <br> v. <br> SIXXON PRECISION MACHINERY CO., LTD., <br> Defendant. | Case No. 5:11-cv-01844-EJD <br><br> **ORDER RE: FINAL PRETRIAL CONFERENCE AND JURY TRIAL** |

The above-entitled action is presently scheduled for a Final Pretrial Conference on March 17, 2016, for jury trial on April 5, 2016. Due to a conflicting jury trial in a criminal matter, the court is unable to proceed with the trial of this action under the schedule as currently ordered.

Accordingly, the court proposes the following alternative dates in accordance with the parties' recent estimate of 5 to 6 court days (Dkt. No. 199):

| Final Pretrial Conference | 11:00 a.m. on April 14, 2016 |
|---|---|
| Jury Selection | 9:00 a.m. on May 3, 2016 |
| Jury Trial | May 3-4, 2016; May 5, 2016 (1/2 day p.m.); May 6, 2016; May 9, 2016 (1/2 day a.m.); May 10, 2016; May 11, 2016 |
| Jury Deliberations | May 16-17, 2016 |

The parties shall forthwith meet and confer and file, on or before March 15, 2016, a joint

1

Case No.: 5:11-cv-01844-EJD
ORDER RE: FINAL PRETRIAL CONFERENCE AND JURY TRIAL

notice which indicates whether the parties are available during the dates proposed above.

In light of the foregoing, the Final Pretrial Conference scheduled for March 17, 2016, is VACATED and will be rescheduled along with the jury trial.

**IT IS SO ORDERED.**

Dated:  March 10, 2017



EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-cv-01844-EJD
ORDER RE: FINAL PRETRIAL CONFERENCE AND JURY TRIAL

2