UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MECHANICAL MARKETING, INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIXXON PRECISION MACHINERY CO, LTD,<br><br>　　　　Defendant. | Case No. 5:11-cv-01844-EJD<br><br>**ORDER RE: CORRECTED JOINT TRIAL EXHIBIT LIST**<br><br>Re: Dkt. No. 205 |

Section III(D) of the undersigned's Standing Order for Civil Cases requires the parties to file, inter alia, a Joint Exhibit List  - in the form of a chart - which contains a list of all documents and other items to be offered as exhibits at trial, other than solely for impeachment or rebuttal, along with a brief statement for each describing its substance or purpose and the identity of the sponsoring witness.  Within the chart, Plaintiff's exhibits must be labeled with numerals 1-1000 and Defendant's exhibits must be labeled with numerals 1001-2000.

The Corrected Joint Trial Exhibit List filed on March 3, 2016 (Dkt. No. 205), which appears to be the most current version of the list, does not comply with Section III(D) of the Standing Order.  Accordingly, the parties shall on or before **4:00 p.m. on March 24, 2016** (1) file an updated version of the Corrected Joint Trial Exhibit List, and (2) provide a chambers copy of the updated list to the undersigned's Courtroom Deputy, Elizabeth Garcia.

**IT IS SO ORDERED.**

Dated: March 23, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:11-cv-01844-EJD
ORDER RE: CORRECTED JOINT TRIAL EXHIBIT LIST