UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MECHANICAL MARKETING, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>SIXXON PRECISION MACHINERY CO., LTD.,<br><br>            Defendant. | Case No.  5:11-cv-01844-EJD<br><br>**ORDER RE: ACCEPTANCE OF OFFEROF JUDGMENT**<br><br>Re: Dkt. No. 226 |

Plaintiff has accepted Defendant's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68.  Dkt. No. 226.

Accordingly, Defendant shall file a proposed judgment consistent with Plaintiff's acceptance on or before **March 28, 2016.**  The Final Pretrial Conference and ensuing trial dates are VACATED.

**IT IS SO ORDERED.**

Dated:  March 24, 2016

EDWARD J. DAVILA
United States District Judge